1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IMHOTEP SALAT,                                              No.  2:14-cv-01468-MCE-AC

                    Plaintiff,

        v.                                                           ORDER

MICHAEL PIROTTO, ET AL.,

                    Defendants.

17

18        Plaintiff, Imhotep Salat, is proceeding in this action pro se and in forma pauperis pursuant

19   to 28 U.S.C. §1915.  The case was referred to the undersigned in accordance with Local Rule

20   302(c)(21) and 28 U.S.C. § 636(b)(1).

21        On July 2, 2014, the undersigned granted plaintiff's motion to proceed in forma pauperis

22   and directed the United States Marshals Service, Civil Division ("Marshal") to serve process

23   upon all defendants pursuant to FRCP 4.  ECF No. 3.  On October 24, 2014, the Marshal

24   requested reimbursement of its expenses incurred in connection with its personal service on

25   Defendant Michael Pirotto.  ECF No. 13.

26        Rule 4 of the Federal Rules of Civil Procedure provides, in relevant part:

27                (1) Requesting a Waiver. An individual, corporation, or association
                  that is subject to service under Rule 4(e), (f), or (h), has a duty to
28                avoid unnecessary expenses of serving the summons. The plaintiff

1

1  may notify such a defendant that an action has been commenced
   and request that the defendant waive service of a summons. . . .

2
   (2) Failure to Waive. If a defendant located within the United States
3  fails, without good cause, to sign and return a waiver requested by a
   plaintiff located within the United States, the court must impose on
4  the defendant:

5           (A) the expenses later incurred in making the service; and

6           (B) the reasonable expenses, including attorney's fees, of
            any motion required to collect those service expenses.
7

8  Fed. R. Civ. P. 4(d)(1)–(2).

9        According to the USM-285 form filed by the Marshal, on July 17, 2014, a request for

10 written waiver of service was mailed to Mr. Pirotto.  ECF No. 13.  On October 8, 2014, having

11 not received Mr. Pirotto's written waiver of service, the Marshal personally served him and

12 incurred costs in doing so.[1]  Id.

13       Accordingly, IT IS HEREBY ORDERED that:

14       1.       Within 30 days of the date of service of this order, Mr. Pirotto shall either: (a)

15 show good cause why he failed to waive service, or (b) pay to the United States Marshals Service

16 the costs of personal service reflected on the USM-285 form associated with the service of Mr.

17 Pirotto.  If Mr. Pirotto chooses to pay the costs rather than show good cause, he shall promptly

18 notify the Court of such payment.

19       2.       The Clerk of the Court shall serve this order upon Mr. Pirotto at 3075 Prospect

20 Park Drive, Suite 150, Rancho Cordova, California 95670; and

21       3.       The Clerk of the Court shall serve a copy of this order on the United States

22 Marshals Service.

23 DATED: October 27, 2014

24       _____
         ALLISON CLAIRE
25       UNITED STATES MAGISTRATE JUDGE

26

27

28 _____
   [1] According to the USM-285 filed by the Marshal, the total cost to serve Mr. Pirotto was $82.92.

2