UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMHOTEP SALAT, | No.  2:14-cv-01468 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL PIROTTO, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On January 13, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 41.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2015, ECF No. 41, are adopted in full; and

2. Defendants' motion to dismiss, ECF No. 24, is granted without leave to amend as to

1

1 plaintiff's claims for violation of the Federal Financial Privacy Act, 12 U.S.C. § 3400 *et seq.*, and
2 42 U.S.C. § 1983 based on Defendant Pirotto's investigation of D & I Special Care Services, LLC
3 and D & I Special Care Services.

4 Dated:  February 12, 2015

6  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
7  UNITED STATES DISTRICT COURT